JUDGE NATHAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

               Plaintiff,

    - against -

NEW YORK UNIVERSITY,

               Defendants.

**ORDER**

Case No.

# 19 CV 00744

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiff has filed an application seeking permission to file (1) the Complaint using a pseudonym; and (2) certain exhibits in redacted form. In his lawsuit, Plaintiff seeks an order enjoining Defendant New York University from proceeding with a sexual misconduct hearing regarding what he alleges are false allegations of sexual misconduct made by a New York University student.

Plaintiff contends that it is appropriate to use a pseudonym in the Complaint, and to file redacted versions of the exhibits, because disclosure of his name and the alleged victim's name would (1) invade the privacy of both Plaintiff and the alleged victim; and (2) present a serious risk of damaging the reputations of both Plaintiff and the alleged victim.

Applications of this sort are governed by the standards set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2003). "Judicial documents" such as the materials at issue here carry a presumption of public access. Sealing such documents requires this Court to make "specific, on the record findings" demonstrating that such relief "'is essential to preserve higher values and is narrowly tailored to serve that interest.'" Id. at 120 (quoting In re New York Times, 828 F.2d 110, 116 (2d Cir. 1987)).

The Court concludes that the relief sought by Plaintiff here is appropriate.  This lawsuit involves highly sensitive information regarding a sexual encounter and alleged assault. Disclosing the names of the Plaintiff and the alleged victim would constitute an invasion of privacy and presents a serious risk of damage to the reputations of both.  Moreover, the only information withheld from the public is identifying information for Plaintiff and the alleged victim.  Accordingly, the relief granted is "narrowly tailored" to address the interests protected.

Plaintiff's motion to file (1) a complaint with pseudonym; and (2) redacted versions of Exhibits 4, 5, 8, 9, 11, and 12 to the Ward Declaration is granted.

Dated: New York, New York
       January 24, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge
Part I

2