USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br>-against-<br><br>NEW YORK UNIVERSITY,<br><br>       Defendants. | 1:19-cv-00744 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  For the reasons set forth during the hearing before the Court on January 28, 2019, Plaintiff Doe's request for a preliminary injunction enjoining Defendant New York University from (a) adjudicating Plaintiff's responsibility for an alleged violation of NYU's Sexual Misconduct, Relationship Violence, and Stalking Policy (the "Hearing"); and, (b) taking any action to preclude Plaintiff from enrolling in courses for Spring 2019 and any other semester or for pursuing his baccalaureate degree at the Tisch School of the Arts is **DENIED**. Plaintiff's request for pre-Hearing discovery is also **DENIED**.

**SO ORDERED.**

Dated: January 28, 2019
   New York, New York

                   _____
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**