# BARTON

Laura-Michelle Horgan
Direct Dial: (212) 885-8824
lmhorgan@bartonesq.com

February 13, 2019

ATTORNEYS AT LAW

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262   Office
(212) 687.3667   Fax

bartonesq.com

**BY ECF WITH COURTESY COPY TO**
**ALCARTERNYSDCHAMBERS@NYSD.USCOURTS.GOV**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 1306
New York, New York 10007

> Re:   *Doe v. New York University*
>        **Case Number 19-CV-00744**

Your Honor:

We represent Plaintiff John Doe in the above-referenced matter. We write to follow-up the February 8, 2019 letter from Defendant New York University ("NYU") advising the Court of the decision of the external adjudicator appointed by NYU after a hearing held on January 28, 2019 concluding that Mr. Doe was not responsible for any violations of the NYU Sexual Misconduct, Relationship Violence, and Stalking Policy ("NYU Policy"). (*See* ECF Doc. No. 11.).

After NYU's letter to the Court, NYU notified us by email on Monday, February 11, 2019, that Jane Roe filed an appeal of the decision. Mr. Doe has until February 19, 2019 to respond to Ms. Roe's appeal and fully intends to do so. Thereafter, this matter will be sent to an appeals panel for a *second time*. These proceedings are the direct result of biased disciplinary proceedings against Mr. Doe as the accused male in violation of his Title IX right to be free from gender discrimination. Notwithstanding the fact that we granted NYU's counsel the standard professional courtesy of a 30-day extension to respond to Mr. Doe's Complaint, we wish to make it clear that Mr. Doe is proceeding with his claims against NYU in this action with all due speed.

We thank the Court for its attention to this matter.

Respectfully submitted,

Laura-Michelle Horgan

Encl.

cc:   Counsel for Defendant (by ECF and email)