

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

March 28, 2019

**By CM/ECF and Electronic Mail**

Hon. Andrew L. Carter Jr.
United States District Judge
United States District Court
40 Foley Square, Room 1306
New York, New York 10007

Re:   *Doe v. New York University.*, No. 19-cv-00744-ALC

Dear Judge Carter:

As you know, we represent defendant New York University ("NYU") in the above-referenced action. We write, in accordance with Section 1.D of the Court's Individual Practices, regarding next steps in the litigation.

We have been advised by counsel for plaintiff ("Doe") that he intends to file an amended complaint in light of factual developments since Doe's original complaint was filed.[1] In the circumstances, and to avoid the inefficiencies that would arise from NYU responding to a soon-to-be superseded pleading, NYU has consented to the filing of an amended complaint. At present, Doe expects to be in a position to file that amended complaint by the end of next week.

Accordingly, and with Doe's consent, NYU respectfully requests that:

1.   Its deadline to respond to Doe's current complaint, currently set for April 1, 2019, *see* Dkt. 17, be adjourned *sine die*.

2.   The deadline for NYU to move, answer, or otherwise respond to Doe's amended complaint be set for 30 days after Doe's amended complaint is filed.

Two previous requests for extensions of NYU's deadline to respond to Doe's complaint have been made, both of which the Court granted. *See* Dkt. 12, 17. We thank the Court for its attention to this matter, and are happy to answer any questions the Court may have.

---

[1] *See* Dkt. 11 (advising the Court of adjudicator's decision finding that Mr. Doe was not responsible for any violations of the NYU policy at issue); Dkt. 16 (advising the Court that the adjudicator's decision was affirmed on appeal).

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante   Amsterdam   Baltimore   Beijing   Birmingham   Boston   Brussels   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Moscow   Munich   New York   Northern Virginia   Paris   Perth   Philadelphia   Rio de Janeiro   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Warsaw   Washington DC   Associated offices: Budapest   Jakarta   Shanghai FTZ   Ulaanbaatar   Zagreb. Business Service Centers: Johannesburg   Louisville. For more information see www.hoganlovells.com

Hon. Andrew L. Carter Jr. - 2 - March 28, 2019

Respectfully submitted,

/s/  Ira M. Feinberg  /

Ira M. Feinberg
ira.feinberg@hoganlovells.com
Tel:  (212) 918 3509

cc: Counsel for Plaintiff (by ECF and email)