USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-11-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JOHN DOE,

                          Plaintiff,

    -against-

NEW YORK UNIVERSITY, ET AL.,

                        Defendants.
------------------------------------------------------------- x

1:19-cv-00744 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Pursuant to the pre-motion conference held on July 11, 2019, the parties are hereby **ORDERED** to submit a joint status report to the Court on or before **July 24, 2019**. The status report should provide the Court with an update on settlement discussions. In addition, Plaintiff should indicate whether he intends to amend his Amended Complaint.

SO ORDERED.

Dated:  July 11, 2019
          New York, New York

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**