UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

NEW YORK UNIVERSITY, CRAIG JOLLEY, SAMUEL HODGE, COLLEEN M. MAEDER, MATHEW SHEPARD, MARY SIGNOR, JACQUELINE CORNELL, JASMINE WADE, DAISY TOMASELLI, JEFFREY METZLER, and JOHN DOES 1 through 10,

                Defendants.

Case No.: 1:19-cv-00744 (ALC)

## JOINT STATUS REPORT

In accordance with the Court's Order following the pre-motion conference held on July 11, 2019 [ECF No. 31], the Parties, by and through their respective undersigned counsel, respectfully submit the following joint status report to the Court as to the status of settlement discussions.

Plaintiff made an initial settlement demand upon Defendants on July 12, 2019. Defendants responded to that demand on July 19, 2019. Through the course of those discussions it has become clear that at this time the Parties are too far apart in their respective positions and that continued settlement discussions will be fruitless. On July 23, 2019, as per this Court's instructions, the Parties discussed continuing settlement discussions with the assistance of a Magistrate Judge in a mediation session. Not all Parties were amenable to that course of action.

Accordingly, the Parties respectfully submit the proposed schedule below for the briefing of Defendants' motion to dismiss the Amended Complaint. Defendants have also requested

permission to file a memorandum of law of no more than 35 pages in support of their motion to dismiss the Amended Complaint. Plaintiff has no objection to that request, and the Parties therefore respectfully request that the Court issue an order granting that request and allowing Plaintiff to file a memorandum of law in opposition of no more than 35 pages. In addition, Plaintiff does not intend to further amend the Amended Complaint.

Proposed Briefing Schedule:

    Defendants' motion papers to be filed on or before August 16, 2019;

    Plaintiff's papers in opposition to be filed on or before September 13, 2019;

    Defendants' reply papers, if any, to be filed on or before September 27, 2019.

Respectfully submitted,

| BARTON LLP | HOGAN LOVELLS US LLP |
|---|---|
| */s/ James E. Heavey* | */s/ Ira M. Feinberg* |
| James E. Heavey | Ira M. Feinberg |
| Laura-Michelle Horgan | Benjamin A. Fleming |
| Michael C. Ward | Andrew M. Harris |
| 711 Third Avenue, 14th Floor | 390 Madison Avenue |
| New York, New York 10017 | New York, New York 10017 |
| (212) 687-6262 | (212) 918-3000 |
| jheavey@bartonesq.com | ira.feinberg@hoganlovells.com |
| lmhorgan@bartonesq.com | benjamin.fleming@hoganlovells.com |
| mward@bartonesq.com | andrew.harris@hoganlovells.com |
| *Attorneys for Plaintiff John Doe* | *Attorneys for Defendants New York University, Craig Jolley, Colleen M. Maeder, Mathew Shepard, Mary Signor, Daisy Tomaselli, Jasmine Wade, Samuel Hodge, Jeffrey Metzler, and Jacqueline Cornell* |