

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

August 16, 2019

**By Federal Express, Electronic Mail, and ECF**

The Honorable Andrew L. Carter Jr.
United States District Court, Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:     *Doe v. New York University, et al.*, No. 19 Civ. 744 (ALC)

Dear Judge Carter:

We represent Defendants New York University, Craig Jolley, Samuel Hodge, Colleen M. Maeder, Mathew Shepard, Mary Signor, Jacqueline Cornell, Jasmine Wade, Daisy Tomaselli, and Jeffrey Metzler in this action.  On August 16, 2019, Defendants filed and served the following documents via ECF:

- Defendants' Notice of Motion to Dismiss [Dkt. No. 36]
- Defendants' Memorandum of Law in support of Motion to Dismiss [Dkt. No. 37]
- Declaration of Ira M. Feinberg in support of Motion to Dismiss, with Exhibits A-H [Dkt. No. 38]

Pursuant to Your Honor's Individual Rule 2(C), Defendants are delivering one copy of each of these filings to Chambers.

In addition, pursuant to Your Honor's Individual Rule 2(F), Defendants respectfully request oral argument on the Motion to Dismiss.

Respectfully submitted,

/s/ Ira M. Feinberg /

Ira M. Feinberg
T: +1 212 918 3000
ira.feinberg@hoganlovells.com

cc: Counsel for Plaintiff (via Email and ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb