

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

September 20, 2019

**By ECF and Email**

The Honorable Andrew L. Carter Jr.
United States District Court, Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

**Re:**   *Doe v. New York University, et al.*, No. 19 Civ. 744 (ALC)

Dear Judge Carter:

We represent Defendants in this action.  We write to request leave to file a reply brief of no more than 15 pages in support of Defendants' Motion to Dismiss the Amended Complaint (Dkt. No. 36).  The Court previously granted leave to both parties to file memoranda of law of no more than 35 pages, in approving the parties' Joint Status Report (Dkt. No. 33).  The Joint Status Report, however, did not address the length of the reply brief.

Defendants request the additional five pages (beyond the ten-page limit otherwise required by the Court's Individual Practices) in order to adequately respond to Plaintiff's 33-page opposition memorandum. (Dkt. No. 40).  Plaintiff's opposition expands upon Plaintiff's 55-page Amended Complaint and addresses significant questions of law under Title IX as well as several state law claims against all ten defendants.  Defendants believe that a 15-page reply is necessary to allow Defendants to appropriately respond to Plaintiffs' numerous arguments.

We contacted counsel for Plaintiff to seek their consent to this request for additional pages, but they declined to consent.  We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Ira M. Feinberg /

Ira M. Feinberg
T: +1 212 918 3000
ira.feinberg@hoganlovells.com

cc: Counsel for Plaintiff (via Email and ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC   Associated offices: Budapest  Jeddah  Riyadh  Zagreb