UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>              -against-<br><br>NEW YORK UNIVERSITY, CRAIG JOLLEY, SAMUEL HODGE, COLLEEN M. MAEDER, MATHEW SHEPARD, MARY SIGNOR, JACQUELINE CORNELL, JASMINE WADE, DAISY TOMASELLI, JEFFREY METZLER, and JOHN DOES 1 through 10,<br><br>              Defendants. | No.: 19-cv-744 (ALC) |

## REPLY DECLARATION OF IRA M. FEINBERG

**IRA M. FEINBERG** declares as follows:

1. I am an attorney admitted to practice law in the State of New York, and a partner in the law firm Hogan Lovells US LLP. I am counsel for Defendants New York University ("NYU"), Craig Jolley, Samuel Hodge, Colleen Maeder, Mathew Shepard, Mary Signor, Jacqueline Cornell, Jasmine Wade, Daisy Tomaselli, and Jeffrey Metzler. I submit this reply declaration in support of Defendants' motion to dismiss the amended complaint filed by Plaintiff John Doe. I am fully familiar with the facts and circumstances set forth in this Declaration.

2. Annexed hereto as **EXHIBIT A** is a true and correct copy of an article headlined "Hundreds of sex misconduct incidents reported at Cornell, NYU," published in the New York Post on October 20, 2018.

1

I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York on September 27, 2019.

/s/ Ira M. Feinberg
Ira M. Feinberg