**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand and twenty.

_____

John Doe,

    Plaintiff - Appellant,

v.

New York University, Craig Jolley, Matthew Shepard, Mary Signor, Daisy Tomaselli, Jasmine Wade, Samuel Hodge, Jeffrey Metzler, Jacqueline Cornell, Colleen M. Maeder,

    Defendants - Appellees,

Colleen Maeder, John Does, 1-10,

    Defendants.
_____

**ORDER**
Docket Number: 20-829

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 24, 2020**

A notice of appeal was filed on March 6, 2020. Appellant's Form C was due May 7, 2020. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 5, 2020 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 06/24/2020**