**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN DOE,

                    Plaintiff,

      -against-                                 19 **CIVIL** 00744 (ALC)

                                                     **JUDGMENT**

NEW YORK UNIVERSITY, CRAIG JOLLEY,
SAMUEL HODGE, COLLEEN M. MAEDER,
MATHEW SHEPARD, MARY SIGNOR,
JACQUELIN CORNELL, JASMINE WADE,
DAISY TOMASELLI, JEFFREY METZLER,
and JOHN DOES 1 THROUGH 10,
                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 5, 2020, the Defendants' motion to dismiss the Amended Complaint in its entirety is granted; additionally, Plaintiff is denied leave to amend his Amended Complaint.

**Dated:**  New York, New York
            July 15, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                        **Clerk of Court**
                                   **BY:**
                                                   _____
                                                         **Deputy Clerk**